295 F.2d 818
 Russell BURTON, Plaintiff-Appellee,
v.
Antone GONSALVES, Dighton Transfer Company and Ferreira's Transportation Incorporated, Defendants-Appellants.
 No. 97.
 Docket 26494.
 United States Court of Appeals Second Circuit.
 Argued November 30, 1961.
 Decided November 30, 1961.
 
 Appeal from the United States District Court for the District of Connecticut; Robert P. Anderson, Judge.
 Gregory C. Willis, Bridgeport, Conn., for defendants-appellants.
 Jacob D. Zeldes, Bridgeport, Conn. (Nathan Sachs, New Haven, Conn., and David Goldstein, Bridgeport, Conn., on the brief), for plaintiff-appellee.
 Before CLARK, FRIENDLY and KAUFMAN, Circuit Judges.
 PER CURIAM.
 
 
 1
 Affirmed in open court.